Signed: March 13, 2014

**SO ORDERED
DEBTOR SHALL COMPLY WITH THE TERMS OF THIS ORDER
NO  LATER THAN MARCH 24, 2014**



**WENDELIN I. LIPP
U. S. BANKRUPTCY JUDGE**

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | | |
|---|---|---|
| IN RE: | * | |
| | * | |
| LINWOOD JOHNSON | * | Case No. 13-30545-WIL |
| | * | Chapter 7 |
| Debtor | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER COMPELLING DEBTOR'S COOPERATION

Upon consideration of the Chapter 7 Trustee's Motion to Compel the Debtor's Cooperation (the "Motion"), the Court having considered this matter fully and having determined that cause exists to grant the relief requested, it is this day by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the Trustee's Motion be, and the same hereby is, GRANTED; and it is further

ORDERED, that pursuant to 11 U.S.C. § 521, the Debtor be, and hereby is COMPELLED to cooperate with the Trustee; and it is further

ORDERED, that no later than the date set forth in the margin above, the Debtor shall file Amended Schedules, an Amended Statement of Financial Affairs, and an Amended Statement of Current Monthly Income and Means Test Calculation that fully, completely, and accurately report the Debtor's assets, liabilities, financial condition and transactions for the period referenced in those documents; and it is further

ORDERED, that no later than the date set forth in the margin above, the Debtor shall file all state and federal tax returns that, based upon applicable law, were required to have been filed for the periods through December 31, 2012; and it is further

ORDERED, that no later than the date set forth in the margin above, the Debtor shall provide the Trustee with copies of all filed tax returns for the calendar years 2010, 2011 and 2012; and it is further

ORDERED, that no later than the date set forth in the margin above, the Debtor shall provide the Trustee with copies of all contracts by which the Debtor has received, or may in the future receive, compensation for his promotion, management, or other involvement in any entertainment event to the extent that such contact was in effect during any portion of the period from January 1, 2013 through and including December 6, 2013.

cc:     Jeffrey M. Orenstein, Esq.
        Goren, Wolff & Orenstein, LLC
        Shady Grove Plaza
        15245 Shady Grove Road, Suite 465
        Rockville, Maryland  20850

        Wayne G. Gracey, Esq.
        Wayne G. Gracey, Law Associates, LLC
        3509 Sweet Air Road
        Phoenix, Maryland 21131

        Linwood Johnson
        22237 Trentworth Way
        Clarksburg, Maryland 20871

        Office of the United States Trustee
        6305 Ivy Lane, Suite 600
        Greenbelt, Maryland  20770

**END OF ORDER**