IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt Division

In re:                                           *

LINWOOD JOHNSON                                  *        Case No.  13-30545

    Debtor                                       *        Chapter 7

*   *   *   *   *   *   *   *   *   *   *   *

**MOTION TO WITHDRAW APPEARANCE OF ATTORNEY**

    Now come, Wayne G Gracey, Esquire and file this Motion to Withdraw Appearance and for cause state as follows:

    1.    Counsel filed a Chapter 7 Bankruptcy Case for Debtor on December 6, 2013.

    2.    Counsel represented client at his 341 Meeting of Creditors on February 18, 2014.

    3.    At the 341 Meeting of Creditor Counsel found out that Debtor failed to disclose certain information regarding his business Uppercut Entertainment.

    4.    Counsel has continusaely requested documents from Debtor that the trustee requested at the 341 Meeting of Creditors.  The Debtor has not given any documents to Counsel.

    WHEREFORE, it is hereby requested that:

    An order be entered withdrawing the appearance of Wayne G. Gracey;

    Strike the appearance of Wayne G. Gracey as attorneys of record for the Debtor; and

    For such other and further relief as is just and proper.

                              Respectfully submitted,

/s/ Wayne G. Gracey

_____

Wayne G. Gracey, 05162
3509 Sweet Air Road
Phoenix, MD  21131
(443) 798-3748

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 18th day of July, 2014, a copy of the foregoing Motion to Withdraw Appearance of Attorney was mailed electronically or by first class mail, postage prepaid to:

1. Michael Wolff

2. Linwood Johnson

/s/ Wayne G. Gracey

_____

Wayne G. Gracey

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt Division

In re:                                            *

LINWOOD JOHNSON                                   *       Case No. 13-30545

    Debtor                                        *       Chapter 7

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## ORDER

Upon review of the foregoing Motion to Withdraw Appearance of Attorney, it is hereby **ORDERED**, that Attorney's Request for Motion to Withdraw Appearance of Attorney, be and the same is hereby **GRANTED**.

End of Order

Cc:

Debtor
Debtor's Attorney
Trustee
US Trustee